United States Courts
Southern District of Texas
FILED

AUG 17 2023

Nathan Ochsner
Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | CRIMINAL NUMBER: **C-23-0426** |
| JOSE LUIS HERNANDEZ | | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about July 28, 2023, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

### JOSE LUIS HERNANDEZ

did aid, abet, counsel, command, induce, procure and willfully cause another person, S.M., in connection with the acquisition of a firearm from Diamondback Firearms LLC, a federally licensed firearms dealer, to knowingly make a false and fictitious written statement to the dealer, which statement was intended and likely to deceive the dealer with respect to facts material to the lawfulness of the sale and other disposition of the firearm under Chapter 44 of Title 18, United States Code, in that S.M. stated in the Bureau of Alcohol, Tobacco and Firearms Form 4473 that S.M. was the actual buyer of the firearm, when in truth and fact, and as S.M. then and there well knew, S.M. was acquiring the firearm on behalf of defendant JOSE LUIS HERNANDEZ.

In violation of Title 18, United States Code, Sections 922(a)(6) and 2.

## NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), as a result of the commission of a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2), as alleged in Count One of the Indictment, notice is given to the defendant,

### JOSE LUIS HERNANDEZ,

That all firearms & ammunition involved in or used in the commission of such violations are subject to forfeiture, including, but not limited to, the following:

1. Barrett Firearms Manufacturing, Model 82A1, 50BMG Caliber, Rifle, Serial No.: AA015772;
2. Barrett Firearms Manufacturing, Model 82A1, 50BMG Caliber, Rifle, Serial No.: AA015958; and
3. Ohio Ordnance Works Inc. M2-SLR, .50 Caliber, Rifle, Serial No: 850300.

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

By: *Amanda L. Gould*
AMANDA L. GOULD
Assistant United States Attorney