United States Courts
Southern District of Texas
F I L E D

NOV 16 2023

Nathan Ochsner
Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NUMBER: 2:23-CR-426-S |
| JOSE LUIS HERNANDEZ | § § | |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about July 28, 2023, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

### JOSE LUIS HERNANDEZ,

did receive from another person, in or otherwise affecting interstate or foreign commerce, a firearm, to wit: a Barrett Firearms Manufacturing, Model 82A1, 50BMG Caliber, Rifle, Serial No.: AA015958, knowing or having reasonable cause to believe that such receipt would constitute a felony (as defined in section 922(a)(6) and 924(a)(2)), or did attempt or conspire to do so, or did aid and abet such receipt,

In violation of Title 18, United States Code, Sections 2(a) and 933(a)(2).

### COUNT TWO

On or about July 28, 2023, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

### JOSE LUIS HERNANDEZ

did aid, abet, counsel, command, induce, procure and willfully cause another person, S.M., in connection with the acquisition of a firearm from Diamondback Firearms LLC, a federally

licensed firearms dealer, to knowingly make a false and fictitious written statement to the dealer, which statement was intended and likely to deceive the dealer with respect to facts material to the lawfulness of the sale and other disposition of the firearm under Chapter 44 of Title 18, United States Code, in that S.M. stated in the Bureau of Alcohol, Tobacco and Firearms Form 4473 that S.M. was the actual buyer of the firearm, when in truth and fact, and as S.M. then and there well knew, S.M. was acquiring the firearm on behalf of defendant JOSE LUIS HERNANDEZ.

In violation of Title 18, United States Code, Sections 2(a), 922(a)(6), and 924(a)(2).

## NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), as a result of the commission of a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2), as alleged in Count Two of the Indictment, notice is given that the defendant,

### JOSE LUIS HERNANDEZ,

shall forfeit to the United States any firearm(s) and ammunition used in commission of the offenses.

## NOTICE OF CRIMINAL FORFEITURE

1.  The allegation contained in Counts One of this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 934.

2.  Pursuant to Title 18, United States Code, Section 934, upon conviction of an offense in violation of Title 18, United States Code, Section 933, the defendant,

### JOSE LUIS HERNANDEZ,

shall forfeit to the United States of America any property constituting, or derived from, any

2

proceeds the defendants obtained, directly or indirectly, as the result of such violation; and any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

By: _____
AMANDA L. GOULD
Assistant United States Attorney

3